```
            IN THE UNITED STATES DISTRICT COURT
               DISTRICT COURT OF NEW JERSEY
```

| | | |
|---|---|---|
| SARA BALDWIN, | : | CIVIL ACTION NO. 09-6583 |
| | : | (JEI/AMD) |
| Plaintiff, | : | |
| | : | **ORDER DENYING PLAINTIFF'S** |
| v. | : | **MOTION FOR SUMMARY JUDGMENT** |
| | : | **(Docket #15) AND GRANTING** |
| HOUSING AUTHORITY OF THE | : | **DEFENDANTS' MOTION FOR SUMMARY** |
| CITY OF CAMDEN; and TRACIE | : | **JUDGMENT (Docket #18)** |
| HERRICK, DIRECTOR OF PUBLIC | : | |
| HOUSING, | : | |
| | : | |
| Defendants. | : | |
| | : | |

HONORABLE JOSEPH E. IRENAS

**APPEARANCES:**

LAW OFFICES OF MARK W. FORD, LLC
By: Mark W. Ford, Esq.
4 ½ North Broadway, P.O. Box 110
Gloucester City, New Jersey 08030
    Counsel for Plaintiff

OFFICE OF GENERAL COUNSEL, CITY OF CAMDEN HOUSING AUTHORITY
By: Steven A. Ragland, Esq.
2021 Watson Street, 2nd Floor
Camden, New Jersey 08105
    Counsel for Defendants

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon Plaintiff's Motion for Summary Judgment (Docket #15) and Defendants' Motion for Summary Judgment (Docket #18), for the reasons set forth in an Opinion issued on even date herewith, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing,

**IT IS** on this 18th day of January, 2011,

**ORDERED THAT:**

    (1) Plaintiff's Motion for Summary Judgment (Docket #15) is hereby **DENIED.**

    (2) Defendants' Motion for Summary Judgment (Docket #18) is hereby **GRANTED.**

    (3)  The Clerk of Court is hereby directed to **CLOSE THIS FILE.**


                                         s/ Joseph E. Irenas
                                         **Joseph E. Irenas, S.U.S.D.J.**